UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                  )
                                                        )
Richard W Leseman,                                      )    Case No.: 6:19-bk-04226-KSJ
Elizabeth Ann Leseman,                                  )    Chapter 7
                                                        )
           Debtors.                                     )

REPORT OF DEPOSITING FUNDS TO COURT
UNCLAIMED FUNDS ACCOUNT

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Elizabeth Viteri<br>3004 Silver Leaf Court<br>Kissimmee, FL 34741 | 10P | $3,025.00 | $3,025.00 |
| Elizabeth Viteri<br>3004 Silver Leaf Court<br>Kissimmee, FL 34741 | 10 | $32,975.00 | $115.39 |

---------Remitance Total---------                                                 $3,140.39

I, Richard B. Webber II, Trustee, certify that a copy of this notice and the original check has been mailed to the attention of the Financial Manager, Mariluz Maneiro, United States Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, Florida 33602 and to the creditor(s) listed above.

/s/ Richard B. Webber II
Richard B. Webber II, TRUSTEE
PO Box 3000
Orlando, FL 32802
(407) 425-7010

390 (8/1/99)