[Dodmuf] [District Order Denying Motion for Unclaimed Funds]

ORDERED.

Dated: May 13, 2022

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Richard W Leseman

Elizabeth Ann Leseman

_____Debtor*_____/

Case No.
6:19–bk–04226–GER
Chapter 7

### ORDER DENYING MOTION FOR UNCLAIMED FUNDS

THIS CASE came on for consideration of the Motion for Unclaimed Funds (the "Motion") filed by Adams & Cohen, LLC as assignee to Elizabeth Viteri on April 26, 2022 (Doc No. 47 ). The Motion does not meet the following requirements of 28 U.S.C. § 2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follows:

☐ Proof of service upon the United States Attorney at Attn: Civil Process Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602 was not provided.

☐ The last four digits of the claimant's Social Security Number or Tax Identification Number were not provided.

☐ An Internal Revenue Service Form W–9 for the claimant was not provided.

☐ Form AO 213P for the non–individual claimant was not provided.

☐ A copy of the individual claimant's driver's license was not provided.

☐ A notarized signature of the claimant was not provided.

☐ Claimant's name, address and telephone number were not provided.

☐ No explanation of the right of the claimant to the unclaimed funds was provided.

☐ The Movant did not supply a notarized original Power of Attorney.

☐ The Corporate claimant failed to provide a corporate power of attorney signed by an officer of the company and a statement of the signing officer's authority.

☐ The Movant did not supply a certified copy of the decedent's death certificate and/or certified copies of all probate documents that substantiate the right to act on behalf of the decedent's estate.

☐ The Movant did not supply sufficient documentation evidencing the transfer of the claim or proof of purchase/sale of the assets.

☐ The amount of funds requested does not match the amount held in the court registry.

☐ There are no funds on deposit in the name of the movant.

☒ Other: 1) Notary on assignment agreement needs to notarize the signature of Elizabeth Viteri.

Accordingly, it is

**ORDERED:**

That the Motion for Payment of Unclaimed Funds filed by Adams & Cohen, LLC, $3,140.39 is denied without prejudice to filing an amended motion.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.